**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Case No.: 20-10699** |
| **Dennis I. Henderson, Sr.** | : | **Chapter 13** |
| | : | **Judge Thomas P. Agresti** |
| **Debtor(s)** | : | * * * * * * * * * * * * * * * * * * |
| | : | |
| **PNC Bank, National Association** | : | **Related Document #** |
| **Movant,** | : | |
| vs | : | |
| | : | |
| **Dennis I. Henderson, Sr.** | : | |
| | : | |
| **Ronda J. Winnecour** | : | |
| **Respondents.** | : | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

The undersigned attorney enters their appearance as counsel for PNC Bank, National Association, its successor and assigns ("Creditor") in the above referenced case. Please send all notices issued in this case to the undersigned at the address below.

    Respectfully submitted,

    /s/ Karina Velter
    Karina Velter, Esquire (94781)
    Adam B. Hall (323867)
    Sarah E. Barngrover (323972)
    Edward H. Cahill (0088985)
    Stephen R. Franks (0075345)
    Manley Deas Kochalski LLC
    P.O. Box 165028
    Columbus, OH  43216-5028
    Telephone: 614-220-5611
    Fax: 614-627-8181
    Attorneys for Creditor
    The case attorney for this file is Karina Velter.
    Contact email is kvelter@manleydeas.com

20-019158_PS

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** : | |
| : | **Case No.: 20-10699** |
| **Dennis I. Henderson, Sr.** : | **Chapter 13** |
| : | **Judge Thomas P. Agresti** |
| **Debtor(s)** : | * * * * * * * * * * * * * * * * * * * |
| : | |
| **PNC Bank, National Association** : | **Related Document #** |
| **Movant,** : | |
| **vs** : | |
| : | |
| **Dennis I. Henderson, Sr.** : | |
| : | |
| **Ronda J. Winnecour** : | |
| **Respondents.** : | |

## CERTIFICATE OF SERVICE OF NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on October 20, 2020.

Service by ECF:
Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Ronda J. Winnecour, Chapter 13 Trustee, cmecf@chapter13trusteewdpa.com

Christopher M. Frye, Attorney for Dennis I. Henderson, Sr., chris.frye@steidl-steinberg.com

Service by First-Class Mail:
Dennis I. Henderson, Sr., 532 East 25th Street, Erie, PA  16503

Dennis I. Henderson, Sr., 2017 Wallace St, Erie, PA  16503

EXECUTED ON: October 20, 2020

                                              By:  /s/ Karina Velter
                                              Signature
                                              Karina Velter, Esquire
                                              Typed Name
                                              P.O. Box 165028, Columbus, OH 43216-5028
                                              Address

20-019158_PS

614-220-5611
Phone No.
94781
List Bar I.D. and State of Admission

20-019158_PS