**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE: Dennis I. Henderson Sr.  　　　　　　　　　　　CHAPTER 13
　　　　　　　　Debtor(s)

BKY. NO. 20-10699 TPA

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

　　Kindly enter my appearance on behalf of Deutsche Bank National Trust Company, as Indenture Trustee for New Century Home Equity Loan Trust 2003-6 and index same on the master mailing list.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　/s/ **Brian Nicholas**
　　　　　　　　　　　　　　　Brian Nicholas
　　　　　　　　　　　　　　　19 Oct 2020, 15:38:51, EDT

　　　　　　　　　　　　　　　Brian C. Nicholas, Esquire
　　　　　　　　　　　　　　　Attorney I.D. No. 317240
　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　Philadelphia, PA 19106
　　　　　　　　　　　　　　　412-430-3594
　　　　　　　　　　　　　　　bkgroup@kmllawgroup.com