FILED
10/30/20 8:47 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| IN RE: | ) | |
|---|---|---|
| Dennis I. Henderson, Sr., | ) | Bankruptcy No. 20-10699 TPA |
| | ) | Chapter 13 |
| Debtor | ) | Document No.  9 |
| Dennis I. Henderson, Sr., | ) | |
| Movant | ) | |
| vs. | ) | |
| No Respondents | | |

**ORDER OF COURT**

AND NOW, to wit, this __30th__ day of __October__, 2020, it is hereby ORDERED, ADJUDGED, and DECREED, that the debtor, Dennis I. Henderson, Sr., is hereby granted an extension until November 12, 2020 to file the completed Chapter 13 petition in this case.

FURTHER ORDERED:   No further extensions will be granted.

_____ J.
ljm

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-10699-TPA |
| Dennis I. Henderson, Sr. | Chapter 13 |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

District/off: 0315-1     User: nsha     Page 1 of 2
Date Rcvd: Oct 30, 2020     Form ID: pdf900     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 01, 2020:**

**Recip ID     Recipient Name and Address**
db     + Dennis I. Henderson, Sr., 532 East 25th Street, Erie, PA 16503-2062

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 01, 2020     Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 30, 2020 at the address(es) listed below:

**Name     Email Address**

Brian Nicholas
    on behalf of Creditor Deutsche Bank National Trust Company as Indenture Trustee for New Century Home Equity Loan Trust 2003-6 bnicholas@kmllawgroup.com

Charles Griffin Wohlrab
    on behalf of Creditor The Bank of New York Mellon cwohlrab@rascrane.com

Christopher M. Frye
    on behalf of Debtor Dennis I. Henderson Sr. chris.frye@steidl-steinberg.com, julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgoga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com

Karina Velter
    on behalf of Creditor PNC BANK NATIONAL ASSOCIATION amps@manleydeas.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

District/off: 0315-1 User: nsha Page 2 of 2
Date Rcvd: Oct 30, 2020 Form ID: pdf900 Total Noticed: 1

Ronda J. Winnecour
                      cmecf@chapter13trusteewdpa.com

TOTAL: 6