Case 20-10699-TPA    Doc 22    Filed 12/10/20    Entered 12/10/20 14:26:24    Desc Main
Document    Page 1 of 1

FILED
12/8/20 3:19 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**\*FILING FEE PAID\*** (Yes)  ___ No

MINUTES OF CHAPTER 13 § 341 (a) MEETING OF CREDITORS
AND SETTLEMENT CONFERENCE ON PLAN CONFIRMATIONS

Case Name: **Henderson, Sr., Dennis**   JAD/(TPA)/CMB/GLT

Case Number: **20-10699**

Date of Meeting: **12 / 8 / 20**    Recording # _____
Debtor(s) present ✓ or Not Present ___ (___No Payments Made or ✓ partial payments)
Attorney for debtor(s) **FRYE, CHRIS** (Present ✓ or Not Present ___)
Date of Plan at § 341: **11/10/20**  Applicable commitment period ✓ 3 yrs ___ 5 yrs

Keri Ebeck for Caliber

___ 2019 returns have not been filed
___ No pymnt posted - can't get to see if pymnts are being made

✓ Meeting HELD and CONCLUDED
___ Meeting HELD but CONTINUED (not closed)
___ Meeting NOT HELD
___ Order to Show Cause Requested
___ To be rescheduled by Clerk

___ Confirmation Order recommended ___ Final ___ Interim
___ Amended Plan due:_____; Objections due:_____

___ Trustee recommends dismissal of the case (Debtor consents)
___ Trustee recommends dismissal of the case (Debtor does not consent)*
___ Trustee recommends dismissal of the case (Debtor has no defense)
___ Debtor requests dismissal of the case. Motion to be filed by the Debtor within 10 days
✓ Continued to:
   ___ 341 Meeting   OR ✓ Conciliation Conf. OR ___ *Contested Hearing
   On **1/26/21** at **11:00** am/pm Location _____

Chapter 13 Trustee/Attorney for Trustee