FILED
1/28/21 1:44 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

**Conciliation Conference:**

Debtor: Dennis I. Henderson, Sr.
Case Number: 20-10699-TPA          (Chapter 13)
Date / Time / Room: 01/26/2021 11:00 am /Bankruptcy Courtroom
Hearing Officer: CHAPTER 13 TRUSTEE

**Matter:**   #15 - Plan dated 11/10/2020

**Appearances:**

Debtor:             Steinberg
Trustee:            Winnecour/ Katz / (DeSimone)
Creditor:

Keri Ebeck: Bank of NY (cl #6)

**Proceedings:**

Recommended Outcome:

1. ___ Case Converted to Chapter 7
2. ___ Case Converted to Chapter 11
3. ___ Case Dismissed without Prejudice
4. ___ Case Dismissed with Prejudice
5. ___ Debtor is to inform Court within _____ Days their preference to Convert or Dismiss
6. ___ The plan payment/term is increased/extended to _____, effective _____.
7. ✓ Plan/Motion continued to  3-16-21  at  10:30 .
8. ___ An Amended Plan is to be served on all creditors and certificate of service filed by
   Objections are due on or before _____.
   A hearing on the Amended is set for _____ at _____.
9. ✓ Other:
   Continue for status of loan mod.

**For Judge Agresti cases:**
Student Loan Debt: If the pro rata or timing of the proposed plan payment on student loan debt differs in any respect to that of the unsecured debt in the case, describe such differences and reasons for disparate treatment: