Case 20-10699-TPA    Doc 32    Filed 03/17/21    Entered 03/17/21 14:52:30    Desc Main
Document    Page 1 of 1

FILED
3/17/21 2:04 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

       Debtor: Dennis I. Henderson, Sr.
   Case Number: 20-10699-TPA      (Chapter 13)
Date / Time / Room: 03/16/2021 10:30 am /Bankruptcy Courtroom
  Hearing Officer: CHAPTER 13 TRUSTEE

*Matter:*     #15 - Cont. Plan dated 11/10/20

### *Appearances:*

Debtor:
Trustee:     Winnecour/ Katz / DeSimone   Steinberg Warmbrodt
Creditor:

Keri Ebeck - BK NY Mellon

### *Proceedings:*

Recommended Outcome:

1. ___ Case Converted to Chapter 7
2. ___ Case Converted to Chapter 11
3. ___ Case Dismissed without Prejudice
4. ___ Case Dismissed with Prejudice
5. ___ Debtor is to inform Court within ___ Days their preference to Convert or Dismiss
6. ___ The plan payment/term is increased/extended to ___, effective ___
7. ✓ Plan/Motion continued to 5/18/21 at 10:30 .
8. ___ An Amended Plan is to be served on allcreditors and certificate of service filed by
  Objections aredue on or before ___.
  A hearing on theAmended is set for ___ at ___.
9. ___ Other:

**For Judge Agresti cases:**
Student Loan Debt: If the pro rata or timing of the proposed plan payment on student loandebt differs in any respect to that of the unsecured debt in the case, describesuch differences and reasons for disparate treatment: