Case 20-10699-TPA    Doc 37    Filed 05/05/21    Entered 05/05/21 16:31:33    Desc Main
Document    Page 1 of 1

FILED
5/5/21 4:23 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 20-10699-TPA |
| | : | | |
| Dennis I. Henderson, Sr. | : | Chapter: | 13 |
| | : | | |
| *Debtor(s).* | : | | |
| | : | Date: | 5/5/2021 |
| | : | Time: | 10:00 |

## PROCEEDING MEMO

**MATTER**     # 33 Obj to Claim of The Bank of New York Mellon (Cl 4)
              #35 Resp by Bank of New York Mellon

**APPEARANCES:**

Debtor:             Abagale Steidl
Trustee:            Ronda J. Winnecour
Bank of NY Mellon:  Charles Wohlrab

**NOTES:**

Steidl:     We have been communication regarding a stipulation which needs to be reduced to writing.

Wahlrab:    Yes 14 days is sufficient.

J.          Discussion re form of Response

**OUTCOME:**     On or before 2 weeks, consent order to be filed - T.O. to be issued

ljm