Case 20-10699-TPA    Doc 40    Filed 05/20/21    Entered 05/20/21 14:21:47    Desc Main
Document    Page 1 of 1

FILED
5/20/21 11:46 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

    Debtor: Dennis I. Henderson, Sr.
    Case Number: 20-10699-TPA    (Chapter 13)
    Date / Time / Room: 05/18/2021 10:30 am /Bankruptcy Courtroom
    Hearing Officer: CHAPTER 13 TRUSTEE

### *Matter:*   #15 - Cont. Plan dated 11/10/20

### *Appearances:*

Debtor: Steinberg
Trustee: Winnecour / Katz / DeSimone
Creditor:

### *Proceedings:*

Recommended Outcome: Continued

1. ___ Case Converted to Chapter 7
2. ___ Case Converted to Chapter 11
3. ___ Case Dismissed without Prejudice
4. ___ Case Dismissed with Prejudice
5. ___ Debtor is to inform Court within ___ Days their preference to Convert or Dismiss
6. ___ The plan payment/term is increased/extended to ___, effective ___
7. ✓ Plan/Motion continued to 7-20-21 at 10:00
8. ✓ An Amended Plan is to be served on all creditors and certificate of service filed by 6-15-21
    Objections are due on or before 6-30-21
    A hearing on the Amended is set for 7-20-21 at 10:00
9. ___ Other:

### For Judge Agresti cases:
Student Loan Debt: If the pro rata or timing of the proposed plan payment on student loan debt differs in any respect to that of the unsecured debt in the case, describe such differences and reasons for disparate treatment: