WESTERN DISTRICT OF PENNSYLVANIA

IN RE:    DENNIS I. HENDERSON, SR

Chapter 13
Case Number: 20-10699

## WITHDRAWAL OF PROOF OF CLAIM

Creditor, Verizon by American InfoSource as agent, hereby withdraws its Proof of Claim, filed on 12/11/2020, marked as claim number 9 on the court's claims register, for the account number ending in 0001, and in the amount of $173.67.

Dated: 06/28/2021

/s/ Ashley Boswell

Verizon by American InfoSource as agent
4515 N Santa Fe Ave
Oklahoma City, OK  73118

Reference Number: 7338610Withdraw

0001