FILED
6/29/21 11:06 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

WESTERN DISTRICT OF PENNSYLVANIA

IN RE:    DENNIS I. HENDERSON, SR

Chapter 13
Case Number: 20-10699

## WITHDRAWAL OF PROOF OF CLAIM

Creditor, Verizon by American InfoSource as agent, hereby withdraws its Proof of Claim, filed on 12/11/2020, marked as claim number 9 on the court's claims register, for the account number ending in 0001, and in the amount of $173.67.

Dated: 06/28/2021

/s/ Ashley Boswell

Verizon by American InfoSource as agent
4515 N Santa Fe Ave
Oklahoma City, OK  73118

Reference Number: 7338610Withdraw

0001

SO ORDERED
June 29, 2021

asg

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-10699-TPA |
| Dennis I. Henderson, Sr. | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: nsha | Page 1 of 2 |
| Date Rcvd: Jun 29, 2021 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:

**Symbol        Definition**

+                     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.


**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 01, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Dennis I. Henderson, Sr., 532 East 25th Street, Erie, PA 16503-2062 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | + Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Jun 29 2021 23:46:13 | Verizon by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 01, 2021                              Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 29, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Deutsche Bank National Trust Company  as Indenture Trustee for New Century Home Equity Loan Trust 2003-6 bnicholas@kmllawgroup.com |
| Charles Griffin Wohlrab | on behalf of Creditor The Bank of New York Mellon cwohlrab@raslg.com |
| Christopher M. Frye | on behalf of Debtor Dennis I. Henderson  Sr. chris.frye@steidl-steinberg.com, julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgoga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com |

District/off: 0315-1                          User: nsha                                            Page 2 of 2

Date Rcvd: Jun 29, 2021                       Form ID: pdf900                                  Total Noticed: 2

Office of the United States Trustee
                          ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
                          cmecf@chapter13trusteewdpa.com

Stephen Russell Franks
                          on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION amps@manleydeas.com


TOTAL: 6