UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| DENNIS I. HENDERSON, SR., | : CASE NO. 20-10699 TPA |
| | : CHAPTER 13 |
| Debtor. | : |
| | : JUDGE THOMAS P. AGRESTI |
| ERIE COUNTY TAX CLAIM BUREAU, | : |
| | : DATE AND TIME OF HEARING: |
| Movant, | : |
| | : October 13, 2021 @ 9:30 a.m. |
| v. | : |
| | : RESPONSE DEADLINE: |
| DENNIS I. HENDERSON, SR., and RONDA J. WINNECOUR, ESQUIRE, CHAPTER 13 TRUSTEE, | : September 27, 2021 |
| | : |
| Respondents. | |

**CERTIFICATION OF NO OBJECTION REGARDING**
**MOTION FOR LEAVE TO FILE LATE PROOF OF CLAIM  (Document No. 54)**

The undersigned hereby certifies that, as of the date hereof, no answer, objection, or other responsive pleading to the Motion for Leave to File Late Proof of Claim filed September 9, 2021 has been received.  The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection, or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing with Response Deadline, objections to the Motion were to be filed and served no later than September 9, 2021.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Dated:  September 28, 2021

        Respectfully submitted,

        QUINN, BUSECK, LEEMHUIS, TOOHEY & KROTO, INC.

        BY:   /s/Michael P. Kruszewski
              Michael P. Kruszewski, Esquire
              PA Id. No. 91239
              The Quinn Law Firm
              2222 West Grandview Boulevard
              Erie, Pennsylvania 16506-4508
              Telephone: 814-833-2222
              Facsimile: 814-833-6753
              E-Mail: mkruszewski@quinnfirm.com
              Counsel for Movant

#1463617