**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

10/11/2021

IN RE:

DENNIS I. HENDERSON, SR.
532 EAST 25TH STREET
ERIE, PA 16503
XXX-XX-9984           Debtor(s)

Case No. 20-10699 TPA

Chapter 13

## AMENDED NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known. In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims.  <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

<u>/s/ RONDA J. WINNECOUR</u>
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

10/11/2021

<u>/s/Trustee'sAdministrativAssistant</u>
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Trustee Claim / Court Claim | Cred Desc / Account | Claim / Comment |
|---|---|---|---|
| **MANLEY DEAS KOCHALSKI LLC**<br>PO BOX 165028<br>COLUMBUS, OH 43216-5028 | Trustee Claim Number: 1  INT %: 0.00%<br>Court Claim Number: | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: | CLAIM: 0.00<br>COMMENT: PNC BANK/PRAE |
| **KML LAW GROUP PC***<br>701 MARKET ST STE 5000<br>PHILADELPHIA, PA 19106 | Trustee Claim Number: 2  INT %: 0.00%<br>Court Claim Number: | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: | CLAIM: 0.00<br>COMMENT: DEUTSCHE BANK/PRAE |
| **ROBERTSON ANSCHUTZ & SCHNEID PL**<br>BANKRUPTCY DEPARTMENT<br>6409 CONGRESS AVE STE 100<br>BOCA RATON, FL 33487 | Trustee Claim Number: 3  INT %: 0.00%<br>Court Claim Number: | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: | CLAIM: 0.00<br>COMMENT: JPMORGAN CHASE/PRAE |
| **BANK OF NEW YORK MELLON - TRUSTEE**<br>C/O CALIBER HOME LOANS INC<br>PO BOX 24330<br>OKLAHOMA CITY, OK 73124 | Trustee Claim Number: 4  INT %: 0.00%<br>Court Claim Number: 4-2 | CRED DESC: MORTGAGE REGULAR PAYMEI<br>ACCOUNT NO.: 4808 | CLAIM: 0.00<br>COMMENT: CL4-2GOV*470/PL@CALIBER* PMT/DECLAR*DKT4PMT-LMT*BGN 11/20*AMD |
| **DEUTSCHE BANK NTC - INDENTURE TRUSTEE**<br>C/O CARRINGTON MORTGAGE SERVICES LLC<br>PO BOX 3730<br>ANAHEIM, CA 92806 | Trustee Claim Number: 5  INT %: 0.00%<br>Court Claim Number: 5 | CRED DESC: MORTGAGE REGULAR PAYMEI<br>ACCOUNT NO.: 8990 | CLAIM: 0.00<br>COMMENT: CL5GOV*PMT/CL-PL*293.77x(60+2)=LMT*CARRINGTON/SCH-PL*BGN 11/20*DK |
| **PNC BANK NA**<br>3232 NEWMARK DR<br>MIAMISBURG, OH 45342 | Trustee Claim Number: 6  INT %: 0.00%<br>Court Claim Number: 11 | CRED DESC: MORTGAGE REGULAR PAYMEI<br>ACCOUNT NO.: 1669 | CLAIM: 0.00<br>COMMENT: CL11GOV*280/PL@PNC MTG*252.07x(60+2)=LMT*BGN 11/20 |
| **BANK OF NEW YORK MELLON - TRUSTEE CWA**<br>C/O NEW REZ LLC D/B/A SHELLPOINT MTG SVC<br>PO BOX 10826<br>GREENVILLE, SC 29603 | Trustee Claim Number: 7  INT %: 0.00%<br>Court Claim Number: 6 | CRED DESC: MORTGAGE REGULAR PAYMEI<br>ACCOUNT NO.: 2248 | CLAIM: 0.00<br>COMMENT: CL6GOV*390/PL@SHELLPOINT*471.21x(60+2)=LMT*BGN 11/20 |
| **EDFINANCIAL SERVICES O/B/O US DEPT OF ED**<br>C/O US DEPARTMENT OF EDUCATION<br>PO BOX 4830<br>PORTLAND, OR 97208 | Trustee Claim Number: 8  INT %: 0.00%<br>Court Claim Number: 10 | CRED DESC: UNSECURED (S)<br>ACCOUNT NO.: 9984 | CLAIM: 0.00<br>COMMENT: PMT/PL@SPEC CLASS/CONF*125x(60+2)=LMT |
| **EDFINANCIAL**<br>1200 N 7TH ST<br>HARRISBURG, PA 17102 | Trustee Claim Number: 9  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3599 | CLAIM: 0.00<br>COMMENT: |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br>NORFOLK, VA 23541 | Trustee Claim Number: 10  INT %: 0.00%<br>Court Claim Number: 8 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3496 | CLAIM: 755.83<br>COMMENT: CITIBANK/THD |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account |
|---|---|---|
| **VERIZON BY AMERICAN INFOSOURCE AS AGENT**<br>PO BOX 4457<br>HOUSTON, TX 77210-4457 | Trustee Claim Number: 11  INT %: 0.00%<br>Court Claim Number: 9<br>CLAIM: 0.00<br>COMMENT: CHRGD OFF 9/23/15*CL @ 173.67 W/DRAWN-DOC 44*OE DOC 45 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0001 |
| **LVNV FUNDING LLC**<br>C/O RESURGENT CAPITAL SVCS<br>PO BOX 10587<br>GREENVILLE, SC 29603-0587 | Trustee Claim Number: 12  INT %: 0.00%<br>Court Claim Number: 3<br>CLAIM: 705.18<br>COMMENT: NT/SCH*SHERMAN/CREDIT ONE | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2980 |
| **LVNV FUNDING LLC**<br>C/O RESURGENT CAPITAL SVCS<br>PO BOX 10587<br>GREENVILLE, SC 29603-0587 | Trustee Claim Number: 13  INT %: 0.00%<br>Court Claim Number: 2<br>CLAIM: 0.00<br>COMMENT: NT/SCH*SHERMAN/CAPITAL ONE*STALE CL $1,052.64 W/D DOC 52~/OE DOC 53 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6440 |
| **LVNV FUNDING LLC**<br>C/O RESURGENT CAPITAL SVCS<br>PO BOX 10587<br>GREENVILLE, SC 29603-0587 | Trustee Claim Number: 14  INT %: 0.00%<br>Court Claim Number: 1<br>CLAIM: 2,346.71<br>COMMENT: NT/SCH*SHERMAN/HSBC/BEST BUY*JUDGMENT CV-500-09 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4345 |
| **BANK OF NEW YORK MELLON - TRUSTEE**<br>C/O CALIBER HOME LOANS INC<br>PO BOX 24330<br>OKLAHOMA CITY, OK 73124 | Trustee Claim Number: 15  INT %: 0.00%<br>Court Claim Number: 4-2<br>CLAIM: 10,781.29<br>COMMENT: CL4-2GOV*$0/PL@CALIBER*THRU 10/20*AMD | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 4808 |
| **DEUTSCHE BANK NTC - INDENTURE TRUSTEE F**<br>C/O CARRINGTON MORTGAGE SERVICES LLC<br>PO BOX 3730<br>ANAHEIM, CA 92806 | Trustee Claim Number: 16  INT %: 0.00%<br>Court Claim Number: 5<br>CLAIM: 14,753.41<br>COMMENT: CL5GOV*18k/PL*CARRINGTON/SCH-PL*THRU 10/20*DK | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 8990 |
| **BANK OF NEW YORK MELLON - TRUSTEE CWA**<br>C/O NEW REZ LLC D/B/A SHELLPOINT MTG SVC<br>PO BOX 10826<br>GREENVILLE, SC 29603 | Trustee Claim Number: 17  INT %: 0.00%<br>Court Claim Number: 6<br>CLAIM: 953.24<br>COMMENT: CL6GOV*$0/PL@SHELLPOINT*THRU 10/20 | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 2248 |
| **LVNV FUNDING LLC**<br>C/O RESURGENT CAPITAL SVCS<br>PO BOX 10587<br>GREENVILLE, SC 29603-0587 | Trustee Claim Number: 18  INT %: 0.00%<br>Court Claim Number: 7<br>CLAIM: 1,355.33<br>COMMENT: NT/SCH*CAPITAL ONE*JUDGMENT CV-056-2011 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0819 |
| **PNC BANK NA**<br>3232 NEWMARK DR<br>MIAMISBURG, OH 45342 | Trustee Claim Number: 19  INT %: 0.00%<br>Court Claim Number: 11<br>CLAIM: 666.77<br>COMMENT: CL11GOV*$0/PL@PNC MTG*THRU 10/20 | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 1669 |
| **ERIE COUNTY TAX CLAIM BUREAU***<br>ERIE COUNTY COURTHOUSE<br>140 W 6TH ST RM 110<br>ERIE, PA 16501 | Trustee Claim Number: 20  INT %: 9.00%<br>Court Claim Number: 12<br>CLAIM: 1,600.24<br>COMMENT: 2019*NT/SCH-PL*WNTS 9%*BGN 8/21*LATE*STAT ISSUE~C=PRI+SEC*LATE | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 2400 |

CLAIM RECORDS

| | | |
|---|---|---|
| **ERIE COUNTY TAX CLAIM BUREAU*** | Trustee Claim Number:21  INT %: 9.00% | CRED DESC: Post Petition Claim (1305) |
| ERIE COUNTY COURTHOUSE | Court Claim Number:12 | ACCOUNT NO.: 2400 |
| 140 W 6TH ST RM 110 | | |
| | CLAIM: 1,442.16 | |
| ERIE, PA  16501 | COMMENT: 2020*NT/SCH-PL*WNTS 9%*BGN 8/21*STAT ISSUE:C=PRI-SEC'D | |
| **ERIE COUNTY TAX CLAIM BUREAU*** | Trustee Claim Number:22  INT %: 9.00% | CRED DESC: SECURED CREDITOR |
| ERIE COUNTY COURTHOUSE | Court Claim Number:12 | ACCOUNT NO.: 1100 |
| 140 W 6TH ST RM 110 | | |
| | CLAIM: 413.56 | |
| ERIE, PA  16501 | COMMENT: 2019*NT/SCH-PL*WNTS 9%*BGN 8/21*STAT ISSUE:PRI/SEC@CL*LATE | |
| **ERIE COUNTY TAX CLAIM BUREAU*** | Trustee Claim Number:23  INT %: 9.00% | CRED DESC: Post Petition Claim (1305) |
| ERIE COUNTY COURTHOUSE | Court Claim Number:12 | ACCOUNT NO.: 1100 |
| 140 W 6TH ST RM 110 | | |
| | CLAIM: 303.11 | |
| ERIE, PA  16501 | COMMENT: 2020*NT/SCH-PL*WNTS 9%*BGN 8/21*STAT ISSUE:C=PRI+SEC | |