**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| IN RE: | |
|---|---|
| DENNIS I. HENDERSON, SR. | Case No.:20-10699 JAD |
| Debtor(s) | |
| Ronda J. Winnecour | Document No.: |
| Movant | |
| vs. | |
| No Respondents. | |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 10/15/2020 and confirmed on 07/27/2021 . The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 28,238.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 28,238.00 |
| Administrative Fees | | |
|     Filing Fee | 0.00 | |
|     Notice Fee | 0.00 | |
|     Attorney Fee | 2,982.91 | |
|     Trustee Fee | 1,169.37 | |
|     Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 4,152.28 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
|   BANK OF NEW YORK MELLON - TRUSTEE | 0.00 | 3,889.00 | 0.00 | 3,889.00 |
|     Acct: 4808 | | | | |
|   DEUTSCHE BANK NTC - INDENTURE TRU | 0.00 | 5,649.75 | 0.00 | 5,649.75 |
|     Acct: 8990 | | | | |
|   PNC BANK NA | 0.00 | 5,069.76 | 0.00 | 5,069.76 |
|     Acct: 1669 | | | | |
|   BANK OF NEW YORK MELLON - TRUSTEE | 0.00 | 9,477.21 | 0.00 | 9,477.21 |
|     Acct: 2248 | | | | |
|   BANK OF NEW YORK MELLON - TRUSTEE | 10,781.29 | 0.00 | 0.00 | 0.00 |
|     Acct: 4808 | | | | |
|   DEUTSCHE BANK NTC - INDENTURE TRU | 14,753.41 | 0.00 | 0.00 | 0.00 |
|     Acct: 8990 | | | | |
|   BANK OF NEW YORK MELLON - TRUSTEE | 953.24 | 0.00 | 0.00 | 0.00 |
|     Acct: 2248 | | | | |
|   PNC BANK NA | 666.77 | 0.00 | 0.00 | 0.00 |
|     Acct: 1669 | | | | |
|   ERIE COUNTY TAX CLAIM BUREAU* | 1,600.24 | 0.00 | 0.00 | 0.00 |
|     Acct: 2400 | | | | |

| 20-10699 JAD | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 2 of 3 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| **Secured** | | | | |
| ERIE COUNTY TAX CLAIM BUREAU* <br> Acct: 1100 | 413.56 | 0.00 | 0.00 | 0.00 |
| | | | | 24,085.72 |
| **Priority** | | | | |
| CHRISTOPHER M FRYE ESQ <br> Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| DENNIS I. HENDERSON, SR. <br> Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| STEIDL & STEINBERG <br> Acct: | 3,000.00 | 2,982.91 | 0.00 | 0.00 |
| ERIE COUNTY TAX CLAIM BUREAU* <br> Acct: 2400 | 1,442.16 | 0.00 | 0.00 | 0.00 |
| ERIE COUNTY TAX CLAIM BUREAU* <br> Acct: 1100 | 303.11 | 0.00 | 0.00 | 0.00 |
| | \*\*\*NONE\*\*\* | | | |
| **Unsecured** | | | | |
| EDFINANCIAL SERVICES O/B/O US DEPT <br> Acct: 9984 | 0.00 | 0.00 | 0.00 | 0.00 |
| EDFINANCIAL <br> Acct: 3599 | 0.00 | 0.00 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES, LL <br> Acct: 3496 | 755.83 | 0.00 | 0.00 | 0.00 |
| VERIZON BY AMERICAN INFOSOURCE AS <br> Acct: 0001 | 0.00 | 0.00 | 0.00 | 0.00 |
| LVNV FUNDING LLC <br> Acct: 2980 | 705.18 | 0.00 | 0.00 | 0.00 |
| LVNV FUNDING LLC <br> Acct: 6440 | 0.00 | 0.00 | 0.00 | 0.00 |
| LVNV FUNDING LLC <br> Acct: 4345 | 2,346.71 | 0.00 | 0.00 | 0.00 |
| LVNV FUNDING LLC <br> Acct: 0819 | 1,355.33 | 0.00 | 0.00 | 0.00 |
| MANLEY DEAS KOCHALSKI LLC <br> Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| KML LAW GROUP PC* <br> Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| ROBERTSON ANSCHUTZ & SCHNEID PL <br> Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | \*\*\*NONE\*\*\* | | | |
| TOTAL PAID TO CREDITORS | | | | 24,085.72 |

TOTAL CLAIMED
PRIORITY          1,745.27
SECURED          29,168.51
UNSECURED         5.163.05

Date: 10/05/2022

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com